Title Guarantee and Trust Company, Appellant, v. Peter Carroll, Respondent. — Reargument ordered, and case set down for Tuesday, May 2, 1911. Jenks, P. J., Hirschberg, Burr and Woodward, JJ., concurred; Carr, J., taking no part.

Wilbur B. Wood and Another, Respondents, v. Charles C. Wise and Another, Appellants. — Motion for stay granted on condition that within ten days defendants file security in the sum of $5,000; otherwise motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Elizabeth Berwanger, an Infant, by Charles Berwanger, Her Guardian ad Litem, Respondent, v. American Ice Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.

Brooklyn Mason Contracting Company, Respondent, v. Max Berger, Appellant, Impleaded with Keshin Blitstein & Company, Respondent. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Brooklyn Mason Contracting Company, Respondent, v. Max Berger, Appellant, Impleaded with Keshin Blitstein & Company, Respondent. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Florence B. Conway and Others, Infants, etc., by Frank Baldwin, Their Guardian ad Litem, Respondents, v. O. C. Bevin, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Eugene Nelson Ehrhart, Respondent, v. William D. Bruns, Individually and as Executor, etc., of William D. Bruns, Deceased, Appellant. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg and Burr, JJ., concurred; Woodward and Rich, JJ., dissented.

Lewis J. Feynman, Respondent, v. Samuel Goldberg, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Frank Heiferman, Appellant, v. Max Scholder and Fannie Scholder, Respondents. — Judgment of the Municipal Court affirmed, with costs, on the authority of Doscher v. Wyckoff (132 App. Div. 139) and Heiferman v. Scholder (134 id. 579). Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title, etc., to the Lands, etc., for the Opening and Extending of Jamaica Avenue from Old Bowery Bay Road, to East River, in the First Ward, Borough of Queens, in the City of New York. Armstead C. Henry and John P. Conselyea, as Executors, etc., of Catherine M. Henry, Deceased, Appellants. — Orders affirmed on reargument, without costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Simon Koransky, Respondent, v. Brooklyn Heights Railroad Company, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Isidor Sirota, Respondent, v. Louis Dornbush, Appellant. — Order of the Municipal Court modified by striking therefrom the provisions for costs against